No. 91–380.  HOGAN ET AL. *v.* MUSOLF ET AL.   Sup. Ct. Wis. Certiorari denied.

No. 91–457.  NUTBROWN ET AL. *v.* MUNN ET AL.   Sup. Ct. Ore. Certiorari denied.

No. 91–466.  HAGER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 91–494.  FULL GOSPEL PORTLAND CHURCH ET AL. *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 91–510.  TIFFANY, ADMINISTRATRIX AND PERSONAL REPRESENTATIVE OF THE ESTATE OF TIFFANY, DECEASED *v.* UNITED STATES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 91–520.  VILLAGE OF PALESTINE ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 91–532.  RODRIGUEZ-MORALES *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 91–537.  GARCIA ET UX. *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 91–549.  MCELWAIN *v.* COUNTY OF FLATHEAD.   Sup. Ct. Mont.   Certiorari denied.

No. 91–552.  COLEMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari denied.

No. 91–553.  THOMPSON *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 91–554.  REINER *v.* TOLEDO HOTEL INVESTORS LIMITED PARTNERSHIP.   C. A. 6th Cir.   Certiorari denied.

No. 91–556.  JANA, INC. *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.